IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

PENSON WORLDWIDE, INC.,

    Plaintiff,

v.

SUN TRADING LLC,

    Defendant.

Civil Action No. 16-cv-7712

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each Party to bear its own costs and fees.

Dated: November 2, 2016

STEVEN O. ROSS, P.C.

By: /s/ Steven O. Ross
Steven O. Ross
soratty1@aol.com
1235 South Prairie Avenue
Suite 1503
Chicago, IL 60605
Telephone: (312) 566-4170
Fax: (312) 566-4169


DEVLIN LAW FIRM LLC

Robert Kiddie
rkiddie@devlinlawfirm.com
Timothy Devlin
tdevlin@devlinlawfirm.com
1306 N. Broom St., 1st Floor
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff Penson Worldwide, Inc.*

SIDLEY AUSTIN LLP

By: /s/ Stephanie P. Koh
Thomas D. Rein
trein@sidley.com
Stephanie P. Koh
pkoh@sidley.com
One South Dearborn Street
Chicago, IL 60603
Phone: (312) 853-7038
Fax: (312) 853-7036

*Attorneys for Defendant Sun Trading, LLC*


SO ORDERED this _____ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on November 2, 2016.

/s/ *Steven O. Ross*
Steven O. Ross